## THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **RODRECEUS SNIPES,** | : | |
| | : | |
| **Plaintiff,** | : | **Civil Action** |
| | : | **No. 5:16-cv-19 (CAR) (CHW)** |
| **v.** | : | |
| | : | |
| **HANCOCK STATE PRISON,** *et al.,* | : | |
| | : | |
| **Defendants.** | : | |

### ORDER ON RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Currently before the Court is the Order and Recommendation of the United States Magistrate Judge [Doc. 6] to dismiss Plaintiff's claims against Defendants Hancock State Prison and the State of Georgia and allow his failure-to-protect claims against Defendants Ivey and Sellers to proceed forward. Plaintiff has not filed an objection to the Recommendation.  This Court agrees with the findings and conclusions of the Recommendation.   Thus, the Recommendation [Doc. 6] is **ADOPTED AND MADE THE ORDER OF THE COURT**.  Plaintiff's claims against Defendants Hancock State Prison and the State of Georgia are hereby **DISMISSED**.  Plaintiff's Complaint as to his failure-to-protect claims against Defendants Ivey and Sellers may proceed forward.

**SO ORDERED**, this 14th day of April, 2016.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH